Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ✓ _____ LODGED
RECEIVED _____ COPY

JUL 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____ AZ

TUC ,_____ Division

Case No. CV18-0327 TUCJGZ
(to be filled in by the Clerk's Office)

BRANDI WALTERS
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name             BRANDI WALTERS
Street Address   3700 N CAMPBELL AVE
City and County  TUCSON AZ 85719
State and Zip Code
Telephone Number 520-272-8581
E-mail Address   LIGHT.WALTERS@EMAIL.COM

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: MR LARRY HOTH
Job or Title (if known): CHIEF OF STAFF ADMINISTRATIVE OFFICER
Street Address: VETERAN ADMINISTRATION
City and County: TUCSON
State and Zip Code:
Telephone Number: ~~798-1245 X 5793~~ 792-1450 X 5793
E-mail Address (if known):

**Defendant No. 2**

Name: BEIL-ADASKIN- DAVID
Job or Title (if known): SUPERVISOR MENTAL HEALTH CLINIC
Street Address: VETERANS ADMINISTRATION
City and County: TUCSON, AZ
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name: TUCSON WOMENS HEALTH TEAM 2
Job or Title (if known): VETEINS ADMINISTRATION
Street Address: TUCSON, AZ
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: DR J. FLYNN
Job or Title (if known):
Street Address: VETERANS ADMINISTRATION
City and County: WOMANS HEALTH CLINIC
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CIVIL LIBERTYS HAVE BEEN VIOLATED - LIFE, LIBERTY, PURSUIT OF HAPPINESS

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __N/A__, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __N/A__, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The VA has denied my pension for a service related incident – I carried a Top Secret Clearance and served aboard USS Queenfish – Fast Attack Submarine and cannot discuss anything about that boat by law. Dr. Flynn refused to prescribe required medications and has prescribed medications that worsen known conditions, ordered an invasive procedure without proper assessment and does not listen to me about my health concerns. In 4 meetings with Laney Hoff and Dr Bell, promises were made before a witness, none kept.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The incident aboard a ship of war during time of war changed my life and has been cause for PTSD, anxiety attacks, and caused me to be discharged prematurely with a general under honorable discharge. I lost my career since then, 3 wives, 5 children and am now a trans-impaired woman. I want my full pension. The defendants named here are guilty of neglect, abuse, and malpractice. I want compensation in an unspecified amount and proper treatment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/3/18

Signature of Plaintiff: *Brandi Walters*
Printed Name of Plaintiff: BRANDI WALTERS

### B. For Attorneys  Pending

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____